**Order entered September 18, 2013**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01628-CR

**JOSE CUTBERTO VALLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-61804-J**

## ORDER

The Court **REINSTATES** the appeal.

On August 21, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Kathleen Walsh; (3) Ms. Walsh's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Walsh requested thirty days from the September 10, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **OCTOBER 10, 2013**. We note that appellant has already been granted one thirty-day extension of time to file his brief and the brief is now nearly three months overdue. Accordingly, no further extensions will be granted. If appellant's

brief is not filed by the date specified, we will order Kathleen Walsh and the Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Kathleen Walsh, Dallas County Public Defender's Office; and to the Dallas County District Attorney's Office.

/s/    DAVID EVANS
        JUSTICE